

*Monica M. Littman, Esquire*
*mlittman@kdvlaw.com*

Kaufman Dolowich & Voluck, LLP
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone:  215-501-7002
Facsimile:   215-405-2973

www.kdvlaw.com

February 3, 2023

**Via ECF**

The Honorable Michael A. Shipp
Judge, U.S.D.C., D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

The Honorable Tonianne J. Bongiovanni
Magistrate Judge, U.S.D.C., D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> Re:  Joan Klayton, on behalf of herself and all others similarly situated
> v. ARS Account Resolution, Healthcare Revenue Recovery Group, LLC
> and John Does 1-25
> U.S.D.C., D.N.J. No. 3:21-cv-10053-MAS-TJB

Dear Judge Shipp and Judge Bongiovanni:

I am writing to inform the Court that Plaintiff Joan Klayton ("Plaintiff") and Defendants ARS Account Resolution and Healthcare Revenue Recovery Group, LLC (collectively "Defendants") have agreed to a settlement in this matter.  When the terms of the written settlement agreement have been finalized and fully performed, Plaintiff and Defendants will file a Rule 41(a) stipulation of dismissal with prejudice.  Plaintiff and Defendants agree to the entry of a 60-day Order of dismissal without prejudice subject to the right of Plaintiff or Defendants to re-open this matter within that 60 days if the settlement cannot be completed.

If Your Honors should have any questions, please contact me.  Thank you for your consideration.

Respectfully,
/s/ Monica M. Littman
MONICA M. LITTMAN

cc:   All Counsel of Record (via ECF)